AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF TEXAS

United States of America
v.

Ferdinando Guillen-Rivera, (MEX), YOB: 1992
Geronimo Roman Guillen, YOB: 1998

*Defendant(s)*

Case No. M-18-0074-M

JAN 12 2017

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1/11/2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 and 21 USC 846 | Possession with Intent to Distribute and Conspiracy to Posses with Intent to Distribute, approximately 1.03 kilograms of crystal methamphetamine, a schedule II controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I).

☑ Continued on the attached sheet.

*Complainant's signature*

Danielle Martin, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __1/12/2018__

City and state: __McAllen, Texas__

Scott Hacker, US Magistrate Judge
*Printed name and title*

# ATTACHMENT 1

1. On January 11, 2018, Drug Enforcement Administration (DEA) agents observed Geronimo Roman GUILLEN (hereafter referred to as GUILLEN) meet with an undercover agent (UC). The UC confirmed that GUILLEN arrived with one kilogram of crystal methamphetamine. While the UC was meeting with GUILLEN, agents also observed Ferdinando GUILLEN (hereafter referred to as F. GUILLEN) performing counter-surveillance in a 2012 white Chevrolet Silverado pickup truck displaying Texas license plate HSZ8376.
2. Subsequent to the meet, agents arrested GUILLEN and seized approximately 1.03 kilograms of crystal methamphetamine. While GUILLEN was being taken into custody by agents F. GUILLEN abandoned the white Chevrolet Tahoe and fled into a Lowes and was later arrested.
3. Agents conducted a post-arrest interview of GUILLEN. Prior to conducting the interview, GUILLEN read his Miranda warnings out loud in Spanish, as witnessed by SAs Dolengowski and Estrada. GUILLEN stated that he voluntarily waived his rights and agreed to be interviewed by agents. GUILLEN stated that he and F. GUILLEN went to the Costco parking lot located in Pharr, Texas to sell one kilogram of cocaine. GUILLEN stated that the previous day on January 10, 2018, that GUILLEN went with F. GUILLEN to purchased one kilogram of crystal methamphetamine in Weslaco, Texas. GUILLEN stated that on January 11, 2018, that GUILLEN received a telephone call from F. GUILLEN. GUILLEN stated that F. GUILLEN advised that he was coming to GUILLEN's residence. GUILLEN stated that at once F. GUILLEN arrived that F. GUILLEN handed him a zip-lock bag containing crystal methamphetamine. GUILLEN stated that GUILLEN and F. GUILLEN subsequently drove to the Costco parking lot. GUILLEN stated that F. GUILLEN coordinated the meeting between GUILLEN and the UC, was going to pay GUILLEN following the narcotics transaction, and was proving counter-surveillance for the narcotics transactions. GUILLEN state that F. GUILLEN was communicating with the UC to coordinate the deal utilizing telephone number 956-475-8318. Agents have recorded calls and text messages with the UC associated that same telephone number. GUILLEN provided agents with audio recordings that GUILLEN had of F. GUILLEN talking about the methamphetamine transaction. GUILLEN stated that F. GUILLEN was going to make at least $2,000.00 USC from the sale of the crystal methamphetamine, and that GUILLEN was going to make $300.00 to $400.00 UCS. GUILLEN stated that both he and F. GUILLEN knew they were transporting and selling crystal methamphetamine. GUILLEN stated that F. GUILLEN coordinate shipments of drugs together and GUILLEN positively identified F. GUILLEN. GUILLEN also stated that F. GUILLEN was providing counter-surveillance for GUILLEN on December 28, 2017.
4. On January 11, 2018, DEA agents conducted a field test of the suspected crystal methamphetamine, which tested positive for characteristics of methamphetamine.